```
                                    UNITED STATES DISTRICT COURT
                                              FILED

                                         APR  7 2000

                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that counsel for plaintiff in the following cases are ordered to show cause on Wednesday, April 26, 2000 at 10:00 a.m. before Judge Charles Schwartz, Jr. why they should not be dismissed for failure to prosecute:

| | |
|---|---|
| 99-3249 | RICHARD F. DICKINSON vs. JACOB KANSAS |
| 99-3902 | U.S.A. vs. JOHN D. DELANEY |
| 00-24 | BILLY J. BOUDREAUX vs. AMERICON |
| 00-222 | CHRISTINE HARVEY vs. JOHNSON CONTROLS WORLD |
| 00-248 | CARGILL RUBBER vs. M/V ROBERT E LEE |
| 00-749 | THOMAS KNOWER vs. HANOVER AMERICAN INS. CO. |

New Orleans, Louisiana, this 7th day of April, 2000.

LORETTA G. WHYTE, CLERK

**PLEASE DIRECT ALL INQUIRIES TO CESYLE NELSON, 589-7680**

DATE OF ENTRY APR 7 2000

