FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 17 A 11: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTINA HARVEY, | * | CIVIL ACTION |
|     PLAINTIFF | * | NO. 00-0222 |
| VERSUS | * | SECTION: "A" |
| JOHNSON CONTROLS WORLD | * | MAG. 1 |
| SERVICES, INC., | * | |
|     DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO CONTINUE HEARING ON DEFENDANT'S
MOTION TO DISMISS/TRANSFER ACTION**

NOW INTO COURT through the undersigned counsel comes the plaintiff who requests that the defendant's Motion to Dismiss/Transfer to be continued until June 21, 2000 at 10:00 a.m., for reasons stated in the supporting memorandum.

Counsel for defendant consents to the continuance.

Respectfully submitted,

_____
MARGARET HAMMOND-JACKSON
P. O. Box 2201
Slidell, Louisiana 70461
Telephone: (504) 847-9099
Bar No. 14338

DATE OF ENTRY
MAY 19 2000

Fee____
Process____
X/Dktd____
CtRmDep____
Doc.No.____7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this ___17___ day of May, 2000.

_____
MARGARET HAMMOND-JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTINA HARVEY, | * | CIVIL ACTION |
| PLAINTIFF | * | NO. 00-0222 |
| VERSUS | * | SECTION: "A" |
| JOHNSON CONTROLS WORLD | * | MAG. 1 |
| SERVICES, INC., | * | |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS/TRANSFER ACTION**

**MAY IT PLEASE THE COURT:**

Hearing on the defendant's Motion to Dismiss herein is now scheduled for May 24, 2000 at 10:00 a.m.

The plaintiff Christina Harvey asks for an extension of time to respond to this Motion in that both the plaintiff and undersigned counsel have had conflicting calendars which render the plaintiff unable to adequately discuss or prepare a response or determine if there is consent to the alternative Motion by the defendant.

Counsel for the defendant was contacted and the defendant had no opposition to the continuance.

Therefore, in the interests of substantial fairness, the plaintiff's Motion to Continue the hearing in this matter should be **GRANTED**.

Respectfully submitted,

_____
MARGARET HAMMOND-JACKSON
P. O. Box 2201
Slidell, Louisiana 70461
Telephone: (504) 847-9099
Bar No. 14338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 17 day of May, 2000.

_____
MARGARET HAMMOND-JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTINA HARVEY, | * | CIVIL ACTION |
|     PLAINTIFF | * | NO. 00-0222 |
| VERSUS | * | SECTION: "A" |
| JOHNSON CONTROLS WORLD | * | MAG. 1 |
| SERVICES, INC., | * | |
|     DEFENDANT | * | |

**************************************

## **O R D E R**

Considering the Consent Motion to Continue Hearing on defendant's Motion to Dismiss/Transfer Action,

IT IS HEREBY ORDERED that the hearing now scheduled for May 24, 2000 at 10:00 a.m. is continued to June 21, 2000 at 10:00 a.m.

New Orleans, Louisiana, this 18th day of May, 2000.

_____
U. S. DISTRICT JUDGE