

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTINE HARVEY                                CIVIL ACTION

versus                                          NO. 00-0222

JOHNSON CONTROLS WORLD SERVICES, INC.           SECTION "A"

ORDER AND REASONS

Defendant Johnson Controls World Services, Inc. ["Johnson"] moves for dismissal of this employment discrimination action or, alternatively, for transfer of the action to Biloxi, Mississippi. In response to the motion, plaintiff opposes dismissal, but has no opposition to a transfer. For the following reasons, the motion for dismissal is **DENIED**, and the alternative motion for transfer is **GRANTED**.

Plaintiff Harvey was employed by defendant Johnson and alleges that she was subjected to work-place harassment because of her race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. Harvey is a resident of Louisiana and filed this action here; but it is undisputed that she worked for Johnson in Mississippi, the alleged harassment occurred in Mississippi, and her employment records are maintained in Mississippi.

DATE OF ENTRY
JUN 1 6 2000

> A Title VII action may be brought in a federal court
>
> in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice ....

42 U.S.C. § 2000e-5(f)(3). Pursuant to the facts and the statute, this action should have been filed in Mississippi, not Louisiana.

Because this action was filed in the wrong district, the Court may dismiss it or may transfer it to the district in which it should have been filed. 28 U.S.C. § 1406. The action will be transferred. Accordingly,

**IT IS ORDERED** that this action be transferred to the United States District Court for the Southern District of Mississippi, Southern Division, at Biloxi, Mississippi.

New Orleans, Louisiana, this 15th day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

2